# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Sunny Factory, LLC

          Plaintiff,

v.                     Case No.: 1:21−cv−03648
                    Honorable Virginia M. Kendall

Haoyi Chen, Esq., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

  MINUTE entry before the Honorable Virginia M. Kendall. Motion and Status hearing held on 2/16/2022 via Webex. Plaintiff's Motion for entry of Default and Default Judgment as to Defendant FUXI (HANGZHOU) INTELLECTUAL) PROPERTY MANAGEMENT CO., LTD. [18] is granted. Judgment as to Defendant FUXI (HANGZHOU) INTELLECTUAL) PROPERTY MANAGEMENT CO., LTD. to follow. Discovery shall be stayed pending ruling on Motion to Dismiss [5]. Status hearing set for 3/10/2022 at 9:15 AM which will proceed via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov. If you do not have access to a computer Dial: (650)−479−3207, the access code is: 180 698 4009. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. Members of the public and media are directed to call in to listen to hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.